**SO ORDERED: May 8, 2019.**



_____
**Robyn L. Moberly
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

S000524 (rev 11/2016)

In re:

**Ruth Nanette Berry**,
   Debtor.

Case No. **19–01745–RLM–7**

### ORDER APPROVING REAFFIRMATION AGREEMENT

A Reaffirmation Agreement between the debtor and Wells Fargo Bank N.A., d/b/a Wells Fargo Auto was filed on May 8, 2019.

**IT IS ORDERED** that the Reaffirmation Agreement is **APPROVED**.

The Clerk's Office will distribute this order.

###