# Notice Recipients

District/Off: 0756−1 User: admin Date Created: 5/8/2019
Case: 19−01745−RLM−7 Form ID: s000524 Total: 4

**Recipients of Notice of Electronic Filing:**
tr          Deborah J. Caruso           trusteecaruso@rubin−levin.net
aty         Mark S. Zuckerberg          Margaret@waltonlegal.net

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Ruth Nanette Berry          7215 Mills Road          Indianapolis, IN 46221
15230547    Wells Fargo Dealer Services          Attn: Bankruptcy          PO Box 19657          Irvine, CA 92623

TOTAL: 2